UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jackson,

        Plaintiff(s),                Case No. 13-11155

v.                                    Honorable Bernard A. Friedman

Wal-mart Stores,

        Defendant(s).
_____/

ORDER RE: DISQUALIFICATION OF JUDGE

    Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

    IT IS ORDERED that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: March 18, 2013                      s/Bernard A. Friedman
                                                               Bernard A. Friedman
                                                               U.S. District Judge

---

    Pursuant to this order, this case is reassigned to Judge Robert H. Cleland.
Case assignment credit will be given to the appropriate Judicial Officers.

Certificate of Service

    I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: March 18, 2013                      s/ S Schoenherr
                                                               Deputy Clerk